*Attachment A - <u>Bivens</u> Complaint form*



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Shemika Williams

Reg. # 32023171

(*Enter above the full name of the plaintiff or plaintiffs in this action*)

(*Inmate Reg. # of each Plaintiff*)

v.

CIVIL ACTION NO. 1:23-cv-00021
(*Number to be assigned by Court*)

Warden, FPC Alderson

(*Enter above the full name of the defendant or defendants in this action*)

Defendant(s).

### COMPLAINT

I.    **Parties**

A.    Name of Plaintiff:    Shemika Williams

Inmate No.:    # 32023171

Address:    Alderson FPC
Glen Ray Rd. Alderson, W.V. 24910

B.   Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff:   _____

Inmate No.:   _____

Address:   _____

_____

Name of Plaintiff:   _____

Inmate No.:   _____

Address:   _____

_____

C.   Name of Defendant:   _____

Position:   _____

Place of Employment: _____

_____

D.   Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant:   *Dana Rennick*

Position:   *Health Administrator*

Place of Employment:   *FPC Alderson*

*Glen Ray Rd. Alderson W.V. 24910*

Name of Defendant:   *Dr. Natalie Wright*

Position:   *Primary Provider*

Place of Employment:   *FPC Alderson*

*Glen Ray Rd. Alderson W.V. 24910*
*( She has recently left this position but she was the primary treating Doctor for years during my incarceration)*

2

**II.     Place of Present Confinement**

Name of Prison/Institution: *Alderson Federal Prison Camp (FPC)*

A.     Is this where the events concerning your complaint took place?

Yes __✓__          No _____

If you answered "no," where did the events occur? _____

_____

B.     Is there a prisoner grievance procedure in this institution?

Yes __✓__          No _____

C.     Did you present the facts relating to your complaint in the prisoner grievance procedure?     Yes __✓__          No _____

If you answered "no," explain why not: _____

_____

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): *Result of level one – topical wash but did not actually receive the wash – Result of level 2 – No response after 22 days – Not able to get level 3 form*

**III.     Previous Lawsuits**

A.     Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes _____          No __✓__

B.     If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.     Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

3

2.     Court (if federal court, name the district; if state court, name the county);

_____

3.     Docket Number: _____

4.     Name of judge to whom case was assigned: _____

5.     Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6.     Approximate date of filing lawsuit: _____

7.     Approximate date of disposition: _____

## IV.     Statement of Claim

State here, as briefly as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

Health Administrator Rennick - Ms. Rennick has been aware of my medical Issues since Nov. 2018 to present. I have sought medical help through Health Services from 2018 to present which she oversees. From Nov 2018 to present I have been denied adequate medical care for my ongoing serious skin disease. From 2018 to present Ms. Rennick has insisted using pads to place on infected areas was sufficient. She failed to order or provide medicated skin wash. At one point she suggested I shower at Health Services where they would provide a dose of skin wash and I could walk back to my
(Cont'd on separate pg's 2 & 3)

4

#2

unit. This also did not happen. I was put on a steroid prednizone to treat the issue but it caused me to gain over 80 pounds. The steroid did help briefly reduce the inflamation but it was a short term solution and ultimately the weight gain from the steroid was not sustaynable as a treatment option. After a few years of asking I was seen by a dermatologist who prescribed medicated washes and medication but Health Services did not provide these medications or washes as prescribed. Therefor, my condition did not improve. I went to HSU approximately 1-2 times per month from 2018 to present complaining of the pain and was only given pads. At no point during these years of pain and suffering was my condition ever adequately treated. At all times Ms. Rennick was aware of the severity of this condition.

Dr. Wright was my provider when I arrived in 2018. Dr. Wright was aware of the severity of my medical skin issue but did not send me to the dermatologist as I requested. Dr. Wright ordered steroids (prednizone) which temporarily relieved symptoms but also caused me to gain weight which is a known side effect. When I was done with the prednizone my skin issue inflamed and infected again and at that time no new medication was ordered for me. I was not adequately seen by Dr. Wright as she would not see me outside of a Chronic care appointment which occurred 2 times per year. Dr. Wright was later under some kind of investigation and even my chronic care appointments were not regularly held. I still continued to ask at HSU to be seen for my skin issues due to severe pain but was only given pads and advised to lose weight. At all times Dr. Wright was aware of my serious skin disease and I was never adequately treated medically.

#3

FPC Alderson Warden - The current Warden Rile has been aware of my severe skin issues for approximately 18 months. I have sent emails that go unanswered. I have spoken to her directly during mainline and she refers me to HSU. She specifically told me this facility will not approve my surgery which she misstated as masectomy. She tells me she will talk to HSU to get me something for pain yet in the 18 months she said she would do that HSU has never given me anything to help with the pain and has no record of the Warden making contact. At least since the past 18 months the Warden has been aware of my severe skin disease and has never offered to help me. The Warden has been dissmissive and flippant about my medical issues stating that this facility doesn't have to send me to outside doctors and she would not approve a special proceedure.

Petitioner submits her confinement in this facility has been such that she has little to no access to medical care. The medical provider did not treat her severe medical condition. the Health Administrator did not provide medication or approve treatments. The facility did not follow up with the dermatologist nor did the facility adhere to the dermatologist's treatment plan. Petitioner has been dismissed by Ms. Rennick who states the pads are sufficient and there is nothing else she will do. She has been dismissed by the Warden who stated she will not assist in helping Petitioner with dermatology appointments. Petitioner asserts no one at the facility named in the complaint ever attempted to provide even minimal care.

## V.     Relief

State briefly and exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

Petitioner requests this Court grant her Home Confinement under the applicable CARES Act. Petitioner needs to be able to access needed medical care. Second, Petitioner requests money damages for her years of pain and suffering based on Respondent's Constitutional violations, of the Eighth Amendment.

Signed this 20 day of __January__, 20 23 .

_____  32023-171
Signature of Plaintiff or Plaintiffs

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on __January 20 2023__ .
(Date)

_____
Signature of Plaintiff     32023-171

5



Shemika Williams
Reg # 32023-171-133
Federal Prison Camp
P.O. Box A
Alderson WV 24910

U.S. MARSHALS SERVICE
X-RAYED

BY:_____

⇔32023-171⇔
Clerk Us District Court
601 Federal ST
Room 1000
Bluefield, WV 24701
United States